IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DOMINIC MADER, :

    Plaintiff, : Case No. 3:10cv00263

vs. : District Judge Walter Herbert Rice
    Magistrate Judge Sharon L. Ovington

MICHAEL J. ASTRUE,
Commissioner of the Social :
Security Administration,

:

    Defendant.

:

## DECISION AND ENTRY

The Court has conducted a _de novo_ review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #13), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on June 16, 2011 (Doc. #13) is ADOPTED in full;

2. The Commissioner's non-disability finding is vacated;

3. No finding is made as to whether Plaintiff Dominic Mader was under a "disability" within the meaning of the Social Security Act;

4.  This case is remanded to the Commissioner and the Administrative Law Judge under Sentence Four of 42 U.S.C. §405(g) for further consideration consistent with this Decision and Entry and the Report and Recommendations; and

5.  The case is terminated on the docket of this Court.

> *[signature]*
> Walter Herbert Rice
> United States District Judge